ACCEPTED
12-18-00047-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/29/2018 11:57 AM
Pam Estes
CLERK

**No. 12-18-00047-CV**

IN THE COURT OF APPEALS

FOR THE TWELFTH DISTRICT OF TEXAS AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/29/2018 11:57:33 AM
PAM ESTES
Clerk

PETER RUNNING, JAMIE RUNNING, AND CINDY WILKINS,
*APPELLANTS/CROSS-APPELLEES*

V.

THE CITY OF ATHENS, TEXAS AND ATHENS MUNICIPAL WATER AUTHORITY,
*APPELLEES/CROSS-APPELLANTS*

ON APPEAL FROM AN INTERLOCUTORY ORDER OF THE 392ND JUDICIAL DISTRICT

COURT OF HENDERSON COUNTY, TEXAS

# UNOPPOSED
## CROSS-APPELLANT CITY OF ATHENS, TEXAS' MOTION TO EXTEND TIME TO FILE BRIEF

LANCE VINCENT
State Bar No. 20585580
DOUGLAS A. RITCHESON
State Bar No. 24076650
RITCHESON, LAUFFER & VINCENT P.C.
821 ESE Loop 323, Ste. 530
Tyler, Texas 75701
Phone: (903) 535-2900
Fax: (903) 533-8646

COUNSEL FOR CROSS-APPELLANT

To The Honorable Twelfth Court of Appeals

Cross-Appellant City of Athens, Texas, pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), files this Motion to Extend Time to File Brief, and requests this Court to extend the time to file Cross-Appellant's brief in this cause for an additional thirty (30) days.

1. The trial court signed the Order Denying Plea to the Jurisdiction at issue on February 26, 2018. On March 13, 2018, Cross-Appellant City of Athens filed a Notice of Interlocutory Appeal.

2. Also on February 26, 2018, the trial court signed a separate Order Granting Plea to the Jurisdiction on behalf of Appellee Athens Municipal Water Authority. Appellants/Cross-Appellees Peter Running, Jamie Running, and Cindy Wilkins, filed their Notice of Interlocutory Appeal on March 1, 2018.

3. The clerk's record for Appellants Running and Wilkins' interlocutory appeal was completed and filed on March 12, 2018, the day before Cross-Appellant City of Athens filed its own Notice of Interlocutory Appeal.

4. Additional items requested for the record in Cross-Appellant City of Athens' interlocutory appeal were completed and filed on March 15, 2018, and designated as "Supplemental Clerk's Record."

5. Cross-Appellant City of Athens' brief is due on April 2, 2018.

6. This is Cross-Appellant City of Athens' first motion to extend time to file its brief, and Cross-Appellant City of Athens requests a thirty (30) day extension, up to and including April 9, 2018.

7. An extension may be granted if an appellant supplies a reasonable explanation for the extension. *National Un. Fire Ins. Co. v. Ninth Ct. of Appeals*, 864 S.W.2d 58, 60 (Tex. 1993). A reasonable explanation includes a plausible statement of the circumstances that shows the failure to file before the deadline was not a deliberate or intentional act, rather, it was from inadvertence or mistake. *Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003).

8. As grounds for the extension, Cross-Appellant City of Athens' counsel was under the mistaken impression that its briefing deadline would be separate from Appellants Running and Wilkins' briefing deadline.

9. Despite being designated as cross-appeals, the two interlocutory appeals on file in this matter are appeals of separate interlocutory orders relating to separate trial court defendants. Appellee Athens Municipal Water Authority is the Appellee in Appellants Running and Wilkins' interlocutory appeal. The City of Athens, Texas, while a co-defendant in the trial court case, filed its own notice of interlocutory appeal on a separate interlocutory order.

10. Cross-Appellant City of Athens' notice of interlocutory appeal was filed less than twenty (20) days before its brief deadline. On March 19, 2018, this

3

Court sent Cross-Appellant City of Athens a notice letter and Court Packet, stating that the Court would "notify the parties and the timetable for briefs will begin" once the Court received the complete record. Because the Court had already received the record for Appellants Running and Wilkins' interlocutory appeal before Cross-Appellant City of Athens filed its notice of interlocutory appeal, no further record was required.

11. Due to this confusion, Cross-Appellant City of Athens was under the mistaken impression that its own briefing deadlines would run separately from Appellants Running and Wilkins'. Having received no further notice of "timetable for briefs," Cross-Appellant City of Athens was not aware until today that its brief was due on April 2. As such, it became necessary for Cross-Appellant City of Athens to file this Motion and request an extension of time to file its brief.

12. Cross-Appellant City of Athens seeks this extension not for delay or as a result of a deliberate or intentional failure, but to account for Cross-Appellant's counsel's mistake and inadvertence. Cross-Appellant seeks this extension to allow counsel sufficient time to prepare a concise brief to assist with the Court's decision making.

13. Cross-Appellees Running and Wilkins are not opposed to this relief and have not suffered any prejudice as a result of Cross-Appellant's request for an extension of time.

## PRAYER

For the above reasons, Cross-Appellant CITY OF ATHENS, TEXAS, respectfully requests this Court to grant an extension of time to file its brief up to and including April 9, 2018, along with any and all other relief to which it may be entitled..

Respectfully submitted,

**RITCHESON, LAUFFER & VINCENT**
A Professional Corporation

TWO AMERICAN CENTER
821 ESE Loop 323, Ste. 530
Tyler, Texas 75701
(903) 535-2900

/s/ Lance Vincent
By: _____
Lance Vincent
State Bar No. 20585580

**ATTORNEYS FOR CROSS-APPELLANT**
CITY OF ATHENS, TEXAS

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Cross-Appellant conferred with counsel for Cross-Appellees on March 29, 2018, and Cross-Appellees are not opposed to the relief requested herein.

/s/ Lance Vincent

Lance Vincent

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon opposing counsel of record, as noted below, on this the 29th day of March, 2018.

/s/ Lance Vincent

Lance Vincent

**VIA ELECTRONIC SERVICE**
Bill S. Richmond
Platt, Cheema & Richmond, PLLC
3906 Lemmon Ave., Suite 212
Dallas, TX 75219
Tel: 214-559-2700
Fax: 214-559-4390
brichmond@perfirm.com
**ATTORNEYS FOR CROSS-APPELLEES**